UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| Stephanie Sneed | ) Chapter 13 Case No. 03-65991 |
| | ) |
| Debtor | ) |

**NOTICE OF MOTION FOR DEPOSIT OF FUNDS
INTO U. S. TREASURY FUND 6047BK**

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $127.46 into U. S. Treasury Fund 6047BK for the following reasons:

1. That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That the debtor's case was completed in September and the Trustee sent the debtor a payment for $127.46 received from the debtor's employer after the case was completed.
3. To date said check remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $127.46 into U.S. Treasury Fund 6047BK on behalf of Debtor, Stephanie Sneed, whose last known address was 3360 Pierce Street, Apt. 11, Gary, IN 46408.

/s/    Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion was sent electronically on March 25, 2010 to the attorney for the debtor and the United States Trustee and the debtor at 3360 Pierce Street, Apt. 11, Gary, IN 46408.

/s/    Paul R. Chael
Paul R. Chael, Chapter 13 Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015